DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES O'BRIEN,**
Appellant,

v.

**DAVID KING,**
Appellee.

No. 4D2024-1001

[November 6, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Wigand Hilal, Judge; L.T. Case No. COCE23083105.

James O'Brien, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

MAY, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***